UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

# PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In Re:  
**Robert J. Delorenzo**  
**Rosemary t. Delorenzo**  
　　　　　Debtor(s)

Case No.: _____  
Chapter: **13**

*Please Check the Appropriate Box.*

**For Debtor:**

☑  Payment Advices are Attached.

- Number of Payment Advices Attached: **9**
- Period Covered: **8/23/08 - 10/24/08** (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: **1**

**For Joint Debtor, if applicable:**

☐  Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: **Statement of first three quarters 2008** (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: **1**

---

**For Debtor:**

☐  No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐  No Payment Advices are Attached for Some Other Reason *(Attach an explanation)*

**For Joint Debtor, if applicable:**

☐  No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☑  No Payment Advices are Attached for Some Other Reason *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of **1** sheets, numbered 1 through **1**, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: **s/Robert J. Delorenzo**　　　　Date: **11/19/08**  
　　　　　　　　　　　Robert J. Delorenzo

Signature of Joint Debtor: **s/Rosemary T. Delorenzo**　　Date: **11/19/08**  
　　　　　　　　　　　　Rosemary t. Delorenzo

**For Joint Debtor:**

Explanation of No Payment Advices Attached: **Do not get regular pay checks. Statement of Commissions issued quarterly**

**B3B**   LONG ISLAND SWIMMING POOL SERV  
1630-0 OCEAN AVE  
SUITE 2  
BOHEMIA, NY 11716

**Earnings Statement**

ADP EASYPAY

Pay Period: 10/18/2008 to 10/24/2008  
Pay Date: 10/31/2008

Employee Number: 0200  
Department Number: 10  
Social Security Number: XXX-XX-XXXX  
Marital Status: MARRIED  
Number Of Allowances: 02  
Rate:

**ROBERT DELORENZO**  
**21 TOWNLINE CT**  
**HAUPPAUGE, NY 11788**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 800.00 | 35200.00 | FICA | 61.20 | 2692.80 |
| | | | | FED WT | 61.78 | 2718.32 |
| | | | | NY ST | 34.68 | 1525.92 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $35,200.00 | $800.00 | $157.66 | $642.34 |


©1998, 2006. ADP, Inc. All Rights Reserved.


▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**   **DEPOSIT**  
1630-0 OCEAN AVE  
SUITE 2                                                    Check Date: 10/31/2008  
BOHEMIA, NY 11716

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

Pay This Amount  $642.34

Pay To The Order Of  
ROBERT DELORENZO  
21 TOWNLINE CT  
HAUPPAUGE, NY 11788

****VOID*****VOID****

*THIS IS NOT A CHECK*

B3B    LONG ISLAND SWIMMING POOL SERV    **Earnings Statement**    
1630-0 OCEAN AVE
SUITE 2                                  Pay Period:  10/11/2008 to 10/17/2008
BOHEMIA, NY 11716                        Pay Date:    10/24/2008

Employee Number:        0200
Department Number:      10                        ROBERT DELORENZO
Social Security Number: XXX-XX-XXXX               21 TOWNLINE CT
Marital Status:         MARRIED                   HAUPPAUGE, NY 11788
Number Of Allowances:   02
Rate:

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 800.00 | 34400.00 | FICA | 61.20 | 2631.60 |
| | | | | FED WT | 61.78 | 2656.54 |
| | | | | NY ST | 34.68 | 1491.24 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $34,400.00 | $800.00 | $157.66 | $642.34 |

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**                              **DEPOSIT**
1630-0 OCEAN AVE
SUITE 2                                    Check Date:  10/24/2008
BOHEMIA, NY 11716

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

                                                Pay This Amount     $642.34

Pay To The
Order Of      ROBERT DELORENZO
              21 TOWNLINE CT
              HAUPPAUGE, NY 11788

****VOID*****VOID****

THIS IS NOT A CHECK

**B3B**

LONG ISLAND SWIMMING POOL SERV
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

## Earnings Statement

**ADP EasyPay**

Pay Period:  10/04/2008 to 10/10/2008
Pay Date:    10/17/2008

Employee Number:       0200
Department Number:     10
Social Security Number: XXX-XX-XXXX
Marital Status:        MARRIED
Number Of Allowances:  02
Rate:

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 800.00 | 33600.00 | FICA | 61.20 | 2570.40 |
| | | | | FED WT | 61.78 | 2594.76 |
| | | | | NY ST | 34.68 | 1456.56 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $33,600.00 | $800.00 | $157.66 | $642.34 |



  ▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**                                     **DEPOSIT**
1630-0 OCEAN AVE
SUITE 2                                             Check Date:  10/17/2008
BOHEMIA, NY 11716

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

Pay This Amount     $642.34

Pay To The Order Of:
ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

****VOID*****VOID****

*THIS IS NOT A CHECK*



**B3B**

LONG ISLAND SWIMMING POOL SERV
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

## Earnings Statement



Pay Period: 9/27/2008 to 10/03/2008
Pay Date: 10/10/2008

Employee Number: 0200
Department Number: 10
Social Security Number: XXX-XX-XXXX
Marital Status: MARRIED
Number Of Allowances: 02
Rate:

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 800.00 | 32800.00 | FICA | 61.20 | 2509.20 |
| | | | | FED WT | 61.78 | 2532.98 |
| | | | | NY ST | 34.68 | 1421.88 |



| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $32,800.00 | $800.00 | $157.66 | $642.34 |



▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**                                     **DEPOSIT**
1630-0 OCEAN AVE
SUITE 2                                                        Check Date: 10/10/2008
BOHEMIA, NY 11716

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

Pay To The Order Of

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

Pay This Amount    $642.34

****VOID*****VOID****

*THIS IS NOT A CHECK*

**B3B**

LONG ISLAND SWIMMING POOL SERV
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

**Earnings Statement**

ADP EasyPay

Pay Period:   9/20/2008   to   9/26/2008
Pay Date:     10/03/2008

Employee Number:      0200
Department Number:    10
Social Security Number: XXX-XX-XXXX
Marital Status:       MARRIED
Number Of Allowances: 02
Rate:

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 800.00 | 32000.00 | FICA | 61.20 | 2448.00 |
| | | | | FED WT | 61.78 | 2471.20 |
| | | | | NY ST | 34.68 | 1387.20 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $32,000.00 | $800.00 | $157.66 | $642.34 |


©1998, 2006. ADP, Inc. All Rights Reserved


▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**                                      **DEPOSIT**
1630-0 OCEAN AVE
SUITE 2                                    Check Date:   10/03/2008
BOHEMIA, NY 11716

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

Pay This Amount          $642.34

Pay To The
Order Of         ROBERT DELORENZO
                 21 TOWNLINE CT
                 HAUPPAUGE, NY 11788

****VOID*****VOID****

*THIS IS NOT A CHECK*

**B3B**

LONG ISLAND SWIMMING POOL SERV
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

## Earnings Statement



Pay Period:    9/13/2008   to   9/19/2008
Pay Date:      9/26/2008

Employee Number:        0200
Department Number:      10
Social Security Number: XXX-XX-XXXX
Marital Status:         MARRIED
Number Of Allowances:   02
Rate:

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 800.00 | 31200.00 | FICA | 61.20 | 2386.80 |
| | | | | FED WT | 61.78 | 2409.42 |
| | | | | NY ST | 34.68 | 1352.52 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $31,200.00 | $800.00 | $157.66 | $642.34 |



PLEASE VERIFY NAME, ADDRESS & SOCIAL SECURITY # FOR ACCURACY



TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**                                         **DEPOSIT**
1630-0 OCEAN AVE
SUITE 2                                            Check Date:    9/26/2008
BOHEMIA, NY 11716

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

Pay This Amount          $642.34

Pay To The
Order Of      ROBERT DELORENZO
              21 TOWNLINE CT
              HAUPPAUGE, NY 11788

****VOID*****VOID****

THIS IS NOT A CHECK

©1998, 2006. ADP, Inc. All Rights Reserved.

**B3B**

LONG ISLAND SWIMMING POOL SERV
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

# Earnings Statement

**ADP EasyPay**

Pay Period:   9/06/2008   to   9/12/2008
Pay Date:     9/19/2008

Employee Number:       0200
Department Number:     10
Social Security Number: XXX-XX-XXXX
Marital Status:        MARRIED
Number Of Allowances:  02
Rate:

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

| Hours and Earnings ||||  Taxes and Deductions |||
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY |  | 800.00 | 30400.00 | FICA | 61.20 | 2325.60 |
|  |  |  |  | FED WT | 61.78 | 2347.64 |
|  |  |  |  | NY ST | 34.68 | 1317.84 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $30,400.00 | $800.00 | $157.66 | $642.34 |

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

**DEPOSIT**

Check Date:   9/19/2008

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

Pay This Amount:   $642.34

Pay To The Order Of

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

****VOID*****VOID****

*THIS IS NOT A CHECK*

**B3B**     LONG ISLAND SWIMMING POOL SERV     **Earnings Statement** 
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

Pay Period: 8/30/2008 to 9/05/2008
Pay Date: 9/12/2008

Employee Number: 0200
Department Number: 10
Social Security Number: XXX-XX-XXXX
Marital Status: MARRIED
Number Of Allowances: 02
Rate:

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| SALARY | | 800.00 | 29600.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 61.20 | 2264.40 |
| FED WT | 61.78 | 2285.86 |
| NY ST | 34.68 | 1283.16 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $29,600.00 | $800.00 | $157.66 | $642.34 |

©1998, 2006, ADP, Inc. All Rights Reserved

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**     **DEPOSIT**
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

Check Date: 9/12/2008

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897



Pay This Amount     $642.34

Pay To The Order Of: ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

***VOID*****VOID****



**B3B**

LONG ISLAND SWIMMING POOL SERV
1630-0 OCEAN AVE
SUITE 2
BOHEMIA, NY 11716

**Earnings Statement**

ADP EasyPay

Pay Period:  8/23/2008 to 8/29/2008
Pay Date:   9/05/2008

Employee Number:      0200
Department Number:    10
Social Security Number: XXX-XX-XXXX
Marital Status:       MARRIED
Number Of Allowances: 02
Rate:

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| SALARY | | 800.00 | 28800.00 | FICA | 61.20 | 2203.20 |
| | | | | FED WT | 61.78 | 2224.08 |
| | | | | NY ST | 34.68 | 1248.48 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $28,800.00 | $800.00 | $157.66 | $642.34 |


©1998, 2006. ADP, Inc. All Rights Reserved.


▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY · COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**LONG ISLAND SWIMMING POOL SERV**          **DEPOSIT**
1630-0 OCEAN AVE
SUITE 2                                    Check Date:  9/05/2008
BOHEMIA, NY 11716

$642.34 DEPOSIT TO BANK# 021407912 CHK ACCT# 2296045897

THIS IS NOT A CHECK

Pay To The Order Of

ROBERT DELORENZO
21 TOWNLINE CT
HAUPPAUGE, NY 11788

Pay This Amount   $642.34

****VOID*****VOID****

# Agent Accesss 24 hours a day.
## https://AgentEarnings.NRTWebServices.com

**COLDWELL BANKER**
RESIDENTIAL BROKERAGE

| SUMMARY | LISTINGS | PENDINGS | CLOSINGS | EARNINGS | EXPENSES | PASSWORD | LOG OUT |

**Associate:** ROSEMARY DELORENZO
**Office Start Date:** 1/9/2004
**Last Updated:** 9/25/2008

**Office:** Smithtown (93104701)
**Branch Address:** 28 E Main St
Smithtown, NY 11787

### 1099 Earnings by Quarter

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr |
|---|---|---|---|---|
| Current Year (2008) | $0 | $25,333 | $15,150 | $0 |
| Prior Year (2007) | $12,173 | $6,843 | $18,137 | $12,377 |